UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIAWATHA CUFFEE, JR.,

                Plaintiff,

     -against-

THE CITY OF NEW YORK; OFFICER GONZALEZ #17148; and OFFICER SQUILLARO #18036,

                Defendants.

**ORDER**

15 Civ. 8916 (PGG) (DCF)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the conference in this action previously scheduled for November 27, 2019 is adjourned sine die.

Dated: New York, New York
       November 26, 2019

                                  SO ORDERED.

                                  Paul G. Gardephe
                                  United States District Judge