HONORABLE. PAUL G GARDEPHE USDJ 40 FOLEY SQ.

UNITED STATES DISCTICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------X

HIAWATHA CUFFEE, JR

        Plaintiff

-Against-

THE CITY OF NEW YORK; OFFICER

GONZALEZ#17148; and OFFICER

SQUILLARO# 18036

        Defendants

---------------------------------------------X

15Civ 8916(PGG)

PLAINTIFF NOTICE OF

MOTION IN SUPPORT OF

TO OPPOSE MAGISTRATE

ORDER

MEMO ENDORSED:

Plaintiff's objections are denied without prejudice to renewal after Magistrate Judge Freeman addresses the issues raised in Dkt. Nos. 109, 110, 111, 119, 120, and 121. The Clerk of Court is directed to terminate Dkt. Nos. 109 and 110. A copy of this memo endorsement has been mailed to the pro se Plaintiff by Chambers.

SO ORDERED.

*Paul A. Gardephe*

Dated: August 6, 2020

PLEASE TAKE NOTICE that I Hiawatha Cuffee will move this court The United States District Court at 500 Pearl st New York NY 10001 on     for a motion to oppose defendants amended answer to the pending case on the grounds stated in the affidavit in support with a return date 20 days upon receipt of this Notice..

Dated: 4-6- 2020

Signature *Hiawatha Cuffee* all rights reserved

1 | Page